IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MASSARELLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEITH HEYWARD, et al. | : | NO. 12-4876 X |

---

| | | |
|---|---|---|
| DAVID MASSARELLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DANIEL KELLY, et al. | : | NO. 12-5028 File |

**ORDER**

AND NOW, this 16 day of July, 2013, upon careful and independent consideration of the Report and Recommendation by United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's cases are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.